**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Continental Automotive GmbH  v.  iBiquity Digital Corporation

No. 15-1512

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Continental Automotive Systems, Inc.
Continental Automotive GmbH
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant   [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Michael Stolarski |
| Law firm: | Lathrop & Gage LLP |
| Address: | 155 North Wacker Drive; Suite 3000 |
| City, State and ZIP: | Chicago, IL  60606 |
| Telephone: | 312-920-3300 |
| Fax #: | 312-920-3301 |
| E-mail address: | MStolarski@LathropGage.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/09/1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

April 15, 2015                         s/ Michael Stolarski
Date                                   Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

<div style="border:1px solid black; padding:1em;">

<div align="center">
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE
</div>

I certify that I served a copy on counsel of record on   Apr 15, 2015   by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

| Michael Stolarski | /s/ Michael Stolarski |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Lathrop & Gage, LLP
Address: 155 N. Wacker Dr, Suite 3050
City, State, ZIP: Chicago, IL 60606
Telephone Number: 312-920-3300
FAX Number: 312-920-3301
E-mail Address: mstolarski@lathropgage.c

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

</div>