NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONTINENTAL AUTOMOTIVE GMBH, CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,**
*Plaintiffs - Appellants*

v.

**IBIQUITY DIGITAL CORPORATION,**
*Defendant - Appellee*

---

15-1512

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:14-cv-01799, Judge John Z. Lee.

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

|  | FOR THE COURT |
|---|---|
| September 2, 2015 | /s/ Daniel E. O'Toole<br>Daniel E. O'Toole<br>Clerk of Court |

**ISSUED AS A MANDATE:** September 2, 2015


cc: Clerk's Office, United States District Court for the
Northern District of Illinois
Jonathan A. Direnfeld
John Arpio Jurata Jr.
Brittany McElmury
Eric Shumsky
David B. Smith
Michael Stolarski